**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-0451-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    **ERWIN STAMPER**,

       Defendant.
_____

## ORDER FOR COMPETENCY EXAMINATION AND DETERMINATION
_____

This matter is before the Court on Defendant's Unopposed Motion for Mental Health Evaluation, filed on July 11, 2015. (ECF No. 25). The Court having reviewed the Motion hereby ORDERS as follows:

1. Defendant's Unopposed Motion for Mental Health Evaluation is GRANTED in PART, for good cause shown. That portion of Defendant's Motion seeking a competency evaluation of Defendant Stamper pursuant to 18 U.S.C. § 4241(b) is GRANTED;

2. That portion of Defendant's Motion seeking an evaluation on the issue of sanity pursuant to 18 U.S.C. § 4242(a) is DENIED as MOOT. As required by the statute, the Government filed a Motion for Evaluation pursuant to 18 U.S.C. § 4242(a) on July 6, 2015, (ECF No. 29). The Court entered an Order granting the Government's request rendering Defendant's request for same as MOOT. (ECF No. 30);

3. A psychiatric or psychological examination of the Defendant shall be conducted by a licensed or certified psychiatrist or psychologist to be designated and provided by the Bureau of Prisons;

4. Defendant Stamper, who is in the custody of the Attorney General, SHALL be transferred to a suitable facility in order to facilitate the psychiatric or psychological examination and to implement the orders of this Court;

5. The licensed or certified psychiatrist or psychologist conducting the psychiatric or psychological examination SHALL be granted reasonable access to the defendant to facilitate the psychiatric or psychological examination and to implement the orders of this Court;

6. Pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the psychiatric or psychological examination of the defendant, a report SHALL be prepared by the licensed or certified psychiatrist or psychologist conducting the examination and said report SHALL be filed with the Court, along with copies to counsel for the Government and Defendant;

7. The report shall be written in compliance with 18 U.S.C. § 4247(c);

8. Pursuant to 18 U.S.C. §3161(h)(1)(A), the period of delay resulting from any competency proceedings shall be excluded in computing the time within which the trial must commence under 18 U.S.C. § 3161(c); and

9. Once the appropriate reports have been tendered to counsel and the Court, should either Party believe that a competency hearing pursuant to 18 U.S.C. § 4241(c) and 4247(d) is necessary, the parties are DIRECTED to file a Motion for a Competency Hearing no later than 14 days after the

3. A psychiatric or psychological examination of the Defendant shall be conducted by a licensed or certified psychiatrist or psychologist to be designated and provided by the Bureau of Prisons;

4. Defendant Stamper, who is in the custody of the Attorney General, SHALL be transferred to a suitable facility in order to facilitate the psychiatric or psychological examination and to implement the orders of this Court;

5. The licensed or certified psychiatrist or psychologist conducting the psychiatric or psychological examination SHALL be granted reasonable access to the defendant to facilitate the psychiatric or psychological examination and to implement the orders of this Court;

6. Pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the psychiatric or psychological examination of the defendant, a report SHALL be prepared by the licensed or certified psychiatrist or psychologist conducting the examination and said report SHALL be filed with the Court, along with copies to counsel for the Government and Defendant;

7. The report shall be written in compliance with 18 U.S.C. § 4247(c);

8. Pursuant to 18 U.S.C. §3161(h)(1)(A), the period of delay resulting from any competency proceedings shall be excluded in computing the time within which the trial must commence under 18 U.S.C. § 3161(c); and

9. Once the appropriate reports have been tendered to counsel and the Court, should either Party believe that a competency hearing pursuant to 18 U.S.C. § 4241(c) and 4247(d) is necessary, the parties are DIRECTED to file a Motion for a Competency Hearing no later than 14 days after the

reports have been tendered to counsel. If the Court does not receive a motion for such a hearing, the Court will resolve the issue of competency on the papers tendered.

Dated this 15th day of July, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge